

Til J. Dallavalle
973.256.9000 main
tdallavalle@schoeman.com

June 14, 2019

<u>Via E-Mail</u>
Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6052
Trenton, NJ 08608

      RE:    **Marianne Spinella v. Walmart Stores, Inc. et al.**
               **Civil Action No.: 3:18-cv-10873-BRM-TJB**
               **Our File No.: 0006074-0000123**

Dear Judge Bongiovanni:

    Our firm represents Wal-Mart Stores East, LP (incorrectly named as Walmart Stores, Inc.) in the above-referenced matter. Please let this letter confirm our request to adjourn the Telephone Status Conference presently scheduled for June 18, 2019 at 4:00 p.m. to **July 1, 2019 at 2:30 p.m.** All parties have consented to this adjournment.

    Thank you for your anticipated cooperation and attention to this matter.

                                        Respectfully submitted,

                                        SCHOEMAN UPDIKE KAUFMAN & GERBER LLP

                                        By: _____
                                              Til J. Dallavalle

TJD/bd
cc: John J. Kane, Esq. (via email only)

So Ordered this 14th day of June, 2019.